FOIA Summons
1/13

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

American Federation of Government Employees
*Plaintiff*

v.

Federal Labor Relations Authority
*Defendant*

Civil Action No. 26-cv-04163

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Free Information Group, PLLC
1100 13th St. NW, Suite 800
Washington, DC 20005
(202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/24/2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-04163

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

FOIA Summons
1/13

LEAR FOR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| American Federation of Government Employees<br>*Plaintiff*<br><br>v.<br><br>Federal Labor Relations Authority<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-cv-04163 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Office of the Solicitor
Federal Labor Relations Authority
1400 K Street, NW, 3rd Floor
Washington, DC 20424-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Free Information Group, PLLC
1100 13th St. NW, Suite 800
Washington, DC 20005
(202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/24/2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-04163

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

FOIA Summons
1/13

LEAR FOR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

American Federation of Government Employees
*Plaintiff*

v.

Federal Labor Relations Authority
*Defendant*

Civil Action No. 26-cv-04163

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeanine Ferris Pirro
U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th St. NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Free Information Group, PLLC
1100 13th St. NW, Suite 800
Washington, DC 20005
(202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/24/2026

UNITED STATES DISTRICT & BANKRUPTCY COURTS · DISTRICT OF COLUMBIA

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-04163

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:
.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset